IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

JOEL WAYNE ALLEN,

    Plaintiff,

v.

STATE OF OKLAHOMA, *et.al.*,

    Defendants.

Case No. CIV-08-226-RAW

## JUDGMENT

Pursuant to the Order entered contemporaneously herewith, the Court hereby enters this Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure dismissing this action.

IT IS SO ORDERED this 12th day of August, 2008.

*[signature]*
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA